IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-321-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BONDURANT AKEEM RUFFIN | ) | |

This cause comes before the Court on several motions filed by prior counsel for defendant. [DE 29, 30, 31, 32, 33, 34]. As new counsel for defendant appeared after the filing of the pending motions but has not adopted the pending motions, the motions are DENIED WITHOUT PREJUDICE. Defendant shall be allowed through and including May 26, 2017, to file any pretrial motions. The arraignment in this matter shall remain on the Court's June 2017 term of court.

SO ORDERED, this _10_ day of May, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE