UNIITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-321-1-FL

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| BONDURANT AKEEM RUFFIN | ) |  |

This matter is before the Court on the defendant's Unopposed Motion to Adopt All Motions Filed by Previous Counsel. It is hereby ORDERED that [DE 29, 30, 31, 32, 33, 34] which include pre-trial motions prepared and filed by Defendant's previous counsel are hereby considered adopted by Defendant and his counsel.

SO ORDERED.

This 17th day of August, 2017.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge