UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
NO.: 5-16-CR-321-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEQUESTER WITNESSES |
| | ) | |
| BONDRURANT AKEEM RUFFIN | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER coming on and being heard upon Defendant's Motion to Sequester Witnesses, and for good cause shown, it appears that Defendant's Motion should be allowed.

IT IS THEREFORE ORDERED that the Defendant's Motion to Sequester Witnesses is hereby GRANTED.

This the 17th day of August, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge