IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-321-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BONDURANT AKEEM RUFFIN | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Jason Coprew of the Wilson Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 13, 2018 be transferred to Jason Corprew to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 8 | Cocaine |
| 10 | Cocaine |
| 12 | Cocaine |
| 14 | Cocaine |
| 16 | Crack Cocaine |
| 18 | Crack Cocaine |
| 20 | Crack Cocaine |
| 22 | Goody's Headache Powder |

1

| | |
|---|---|
| 24 | Digital Scale and Spoon |
| 26 | Packaging Material |
| 28 | Packaging Material |
| 30 | Black Sock |
| 32 | LG Cell Phone |
| 34 | Cash Recovery - $2,082.37 |

SO ORDERED this the 13th day of August, 2018.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Jason Corprew, Case Agent

James Saunders, Assistant U.S. Attorney