**Motion DENIED.**

This the 5th day of October, 20 18.

/s/Louise W. Flanagan, U.S. District Judge

FILED
OCT 03 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

9-28-18

Dear Judge Flanagan,

I would first like to say that I am only contacting you because I have made reasonable efforts to contact my attorney in attempt to solve my problem & he has not answered me. I understand that he is busy & I also understand that there was just a bad hurricane that caused a lot of damage. However, there are many modes of communication available these days. (i.e telephone, jurislink, email, mail, text message, etc.) I sent word to him & I feel he could have